1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  JOSE TRUJILLO,

Case No.  1:17-cv-00121-AWI-SAB

12          Plaintiff,

ORDER DIRECTING CLERK OF COURT
TO CLOSE CASE AND ADJUST DOCKET
TO REFLECT VOLUNTARY DISMISSAL

13      v.

14  ELTRIAMS LLC, et al.,

(ECF No. 8)

15          Defendants.

16

17      This action was filed on January 26, 2017.  (ECF No. 1.)  On March 14, 2017, Plaintiff

18  filed a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil

19  Procedure.

20      "[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his

21  action prior to service by the defendant of an answer or a motion for summary judgment.' "

22  Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999)

23  (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).  The Ninth Circuit has

24  held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet

25  to serve an answer or motion for summary judgment.  Pedrina v. Chun, 987 F.2d 608, 609 (9th

26  Cir. 1993).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required,

27  the parties are left as though no action had been brought, the defendant can't complain, and the

28  district court lacks jurisdiction to do anything about it."  Commercial Space Mgmt. Co., Inc., 193

1

1   F.3d at 1078.  In this action, no defendant has filed an answer or other responsive pleading.

2          Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this

3   case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

4

5   IT IS SO ORDERED.

6   Dated:   **March 15, 2017**

    UNITED STATES MAGISTRATE JUDGE

2